PROB 12B
ED/AR (12/2012)



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 29 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Komie Keon Henderson | Case Number: 4:10CR00219-001 SWW |

Name of Sentencing Judicial Officer:   Honorable Susan Webber Wright
                                       United States District Judge

Original Offense:   Felon in Possession of a Firearm

Date of Sentence:   January 31, 2012

Original Sentence:  24 months Bureau of Prisons, 3 years supervised release, drug testing, substance abuse treatment, abstain from the use of alcohol throughout the course of any treatment, financial disclosure, no new lines of credit, $5,000 fine and $100 special penalty assessment

| Type of Supervision: Supervised release | Date Supervision Commenced: December 13, 2013 Date Supervision Expires: December 12, 2016 | |
|---|---|---|
| U.S. Probation Officer: Emilienne Ngampa | Asst. U.S. Attorney: Edward Walker | Defense Attorney: To be appointed |

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒   To modify the conditions of supervision as follows:

   **The defendant shall pay restitution in the amount of not less than $50 a month.**

## CAUSE

Mr. Henderson failed to pay his fine in December 2013, January, February and March 2014. His employment is unstable. He performs mechanic work to generate income. He recently had an addition to his family and is the sole provider for his family. Mr. Henderson also has child support obligations. A financial investigation was completed and it was determined his expenses exceed his income. However, he has agreed to make some changes in his spending and pay at least $50 a month on his fine. After consultation with Assistant Federal Public Defender Molly Sullivan, Mr. Henderson agreed to have his payment schedule changed to a set amount, not less than $50, in order to facilitate compliance with his financial obligation.

Prob 12B                            -2-                    Request for Modifying the
                                                           Conditions or Terms of Supervision
                                                           with Consent of the Offender

Name of Offender: Komie Keon Henderson         Case Number: 4:10CR00219-001 SWW

_____              _____
Emilienne Ngampa                             Edward Walker
U.S. Probation Officer                       Assistant U.S. Attorney

Date: June 19, 2014                          Date: July 15, 2014

Approved:

_____
Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☐ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

7-29-2014
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c: Assistant Federal Public Defender, Molly Sullivan, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
   Assistant U.S. Attorney, Edward Walker, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall pay his fine in the amount of not less than $50 a month.

Witness: _____  Signed: _____
U.S. Probation Officer                      Probationer or Supervised Releasee

_____
DATE: June 18, 2014

*[signature: Molly Sullivan]*

**FEDERAL PUBLIC DEFENDER OFFICE**
**EASTERN DISTRICT OF ARKANSAS**

**MOLLY SULLIVAN**
ASSISTANT FEDERAL DEFENDER

1401 WEST CAPITOL, SUITE 490          TEL (501) 324-6113
LITTLE ROCK, ARKANSAS 72201           FAX (501) 324-6128